# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MELISSA ANTZ, INDIVIDUALLY AND IN**                      **PLAINTIFF**
**HER CAPACITY AS ADMINISTRATRIX OF**
**THE ESTATE OF EDWARD REDMOND, DECEASED**

**vs.**                                        **CAUSE NO. 3:13cv745-DPJ-FKB**

**HOLMES COUNTY, MISSISSIPPI, et al**                       **DEFENDANTS**
_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**NOW COME**, Melissa Antz, Individually and in her capacity as Administratrix of the Estate of Edward Redmond, deceased, Plaintiff, acting through her undersigned counsel of record, and Holmes County, Mississippi and Sheriff Willie March, Defendants, acting through their undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Melissa Antz, Individually and In Her Capacity as Administratrix of the Estate of Edward Redmond, Deceased v. Holmes County, Mississippi et al*, bearing cause number 3:13cv745-DPJ-FKB, including any and all claims which were or might have been encompassed therein against the Defendants by the Plaintiff, are hereby dismissed with prejudice, with each party to bear their respective costs and attorneys' fees.

**SO STIPULATED,** this the 9th day of July, 2015.

                                                 /s/ Felecia Perkins
                                                 **FELICIA PERKINS, ESQ.**
                                                 *Attorney for Plaintiff*

                                                 /s/ Jason E. Dare
                                                 **JASON E. DARE, ESQ.**
                                                 *Attorney for Defendants*